```
                                              FILED
                                         U.S. DISTRICT COURT
                                         DISTRICT OF NEBRASKA
```

IN THE UNITED STATES DISTRICT COURT         2005 MAR 18  PM 4: 27
FOR THE DISTRICT OF NEBRASKA

~~SEALED~~                                   OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04MISC3003-1 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA THORPE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

RGK/DLP

IT IS ORDERED,

Defense counsel's motion to withdraw is granted. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

Dated March 18, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge