IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSHUA J. THORPE, | ) | |
| | ) | |
| Defendant. | ) | |

     IT IS ORDERED that the defendant's motion to continue sentencing date (filing 18) is denied without prejudice to self-surrender.

     August 25, 2005.                   BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge