IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:05CR3081 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSHUA J. THORPE, | ) | |
| Defendant. | ) | |

After consultation with counsel,

IT IS ORDERED that Defendant Thorpe's sentencing is continued to Tuesday, November 22, 2005, at 12:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 15, 2005.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge